WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Plaintiff,*
*Deutsche Bank National Trust Company,*
*As Trustee for DSLA Mortgage Loan Trust Mortgage*
*Loan Pass-Through Certificates, Series 2006-AR2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-AR2,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and DAYBREAK GARDENS PROPERTY OWNERS ASSOCIATION,<br><br>Defendants. | Case No.:   2:16-cv-02735-RFB-CWH<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)** |

Plaintiff, Deutsche Bank National Trust Company, As Trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2 (hereinafter "Deutsche Bank"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP, and SFR Investments Pool 1, LLC (hereinafter "SFR") by and through its attorneys of record Kim Gilbert Ebron, hereby stipulate and agree as follows:

1.    On February 16, 2017, SFR demanded the deposit of a five-hundred ($500.00)

cost bond pursuant to NRS 18.130(1) [Doc No. 17]; and

2.    Deutsche Bank does not oppose this demand but needs an Order from this Court

before the Clerk will accept the bond.

**IT IS SO STIPULATED**

KIM GILBERT EBRON                            WRIGHT, FINLAY & ZAK, LLC

_/s/ Diana Cline Ebron, Esq._____            __/s/ Natalie C. Lehman, Esq._____
Diana Cline Ebron, Esq.                       Dana Jonathon Nitz, Esq.
Nevada Bar No. 10580                          Nevada Bar No. 00050
Jacqueline A. Gilbert, Esq.                   Natalie C. Lehman, Esq.
Nevada Bar No. 10593                          Nevada Bar No. 12995
Karen L. Hanks, Esq.                          7785 W. Sahara Ave, Suite 200
Nevada Bar No. 009578                         Las Vegas, NV 89117
7625 Dean Martin Drive, Suite 110             Tel:  (702) 475-7964
Las Vegas, Nevada 89139                       Fax:  (702) 946-1345
*Attorneys for SFR Investments Pool 1, LLC*   *Attorneys for Plaintiff, Deutsche Bank*
                                              *National Trust Company, as Trustee for DSLA*
                                              *Mortgage Loan Trust Mortgage Loan Pass-*
                                              *Through Certificates, Series 2006-AR2*

**IT IS ORDERED** that U.S. Bank will post a $500.00 security cost bond, pursuant to

NRS 18.130(1) with the Clerk of this Court fifteen within (15) days after this Order is filed.

IT IS SO ORDERED.

DATED:  February 24, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE