# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-AR2,<br><br>             Plaintiff,<br><br>    vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; and DAYBREAK GARDENS PROPERTY OWNERS ASSOCIATION,<br><br>             Defendants.<br>_____<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>        Counterclaimant/Cross-Claimant,<br><br>    vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-AR2; WILLIAM B. PARKER, an individual; CYNTHIA M. PARKER, an individual,<br><br>        Counter-Defendant/Cross-Defendants. | Case No. 2:16-cv-02735-RFB-EJY<br><br>**ORDER** |

**I.      INTRODUCTION**

Before the Court is Cross-Claimant SFR Investments' Motion for Default Judgement against William B. Parker and Cynthia M. Parker. ECF No. 62. The Parkers have not responded to this Motion and have not appeared in this litigation despite having been served. The Clerk of Court entered a default against the Parkers on May 17, 2019. ECF No. 49.

**II.     DISCUSSION**

The Court finds that a default judgment should issue int his case. The facts as alleged in the complaint shall be taken as true, since a default has been entered in this case. Garamendi v. Henin, 683 F.3d 1069, 1080 (9th Cir. 2012).  In determining whether to grant a motion for a default judgment, courts must consider the factors set forth in Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986). The Court has reviewed the record in this case and agrees with the arguments of SFR as to the application of the factors to this case. These factors support the issuance of a default judgment against the Parkers.

The Court further finds, pursuant to the Local Rules, that the Parkers have consented to the granting of the Motion by not responding to the Motion. LR 7-2.

**III.    CONCLUSION**

**IT IS ORDERED** that Cross-Claimant SFR Investments Pool's Motion for Default Judgment [ECF No. 62] is GRANTED. The Clerk of Court shall enter judgment accordingly.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED AND DECLARED** that William B. Parker and Cynthia M. Parker have no right, title, or interest in the property located at 1569 Applegrove Way, Las Vegas, Nevada 89110; Parcel No. 140-28-518-050.

**DATED:** September 30, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**