AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Deutsche Bank National Trust Company | DEFAULT |
| | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | Case Number: 2:16-cv-02735-RFB-EJY |
| SFR Investments Pool I, LLC, et al | |
| Defendants. | |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that default judgment is hereby entered in favor of SFR Investments Pool 1, LLC and against William B. Parker and Cynthia M. Parker.

FURTHER ORDERED that William B. Parker and Cynthia M. Parker have no right, title, or interest in the property located at 1569 Applegrove Way, Las Vegas, Nevada 89110; Parcel No. 140-28-518-050.

October 1, 2020

Date

DEBRA K. KEMPI

Clerk

/s/ M. Morrison

Deputy Clerk